1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          )
                                       )       2:03-cr-00551-GEB
11                  Plaintiff,         )
                                       )
12          v.                         )       ORDER
                                       )
13  NEIL D. CORROW,                    )
                                       )
14                  Defendant.         )
    _____)

15

16          The Petitioner's motion filed June 9, 2008, for reduction

17  of his sentence is denied because he has not shown that the Court

18  has jurisdiction to consider the motion.

19          IT IS SO ORDERED.

20  Dated:  June 11, 2008

21

22  _____
    GARLAND E. BURRELL, JR.
23  United States District Judge

24

25

26

27

28