UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:03-cr-00551-GEB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| NEIL D. CORROW, | ) | |
| | ) | |
| Defendant. | ) | |

       Defendant Neil Corrow seeks to be released from prison based on the 15 months incarceration period stated in the Minutes filed on March 7, 2008.  However, the Minutes on this point are incorrect; Defendant was sentenced to 18 months in prison which is reflected in the court reporter's notes of the proceeding and the Judgment filed on March 13, 2008.

       Since Defendant has not shown a basis for further consideration of his request, it is denied.

Dated:  February 2, 2009

                              GARLAND E. BURRELL, JR.
                              United States District Judge